UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY

                     Plaintiff,

-against-

THERESA COLMEY, DAVID COLMEY, TONYA
ANTHONY, individually and as mother and natural
guardian of B.S. a minor,

                     Defendants.
----------------------------------------------------------------x

CIVIL ACTION NO.:
18-cv-9259 (VB)

JUDGMENT

SIRS:

Plaintiff METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY by its attorneys, CONGDON, FLAHERTY, O'CALLAGHAN, REID, DONLON, TRAVIS & FISHLINGER, ESQS., having moved for an Order of Judgment on the Pleadings pursuant to Rule 12 (c) of the Federal Rules of Civil Procedure, and the motion having been deemed fully submitted and unopposed on May 17, 2019;

NOW, upon reading and filing of the Notice of Motion dated March 15, 2019, together with the Affirmation of Richard J. Nicolello and the Memorandum of Law;

AND, said motion having come on before Hon. Judge Vincent L. Briccetti, and been decided by Opinion and Order dated November 20, 2019 (a copy of which is annexed hereto), it is hereby,

ORDERED that the motion of plaintiff METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY for an Order of Judgment on the Pleadings is granted, and it is further,

ORDERED, ADJUDGED and DECREED that METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY has no duty to defend or indemnify David and Theresa Colmey ("the Colmeys") in the action commenced by Tonya Anthony, individually and on behalf of B.S., her minor daughter, against the Colmeys in New York State Supreme Court, County of Putnam, under Putnam County Index No. 500784/2018.

JUDGMENT ENTERED and filed on this 10th day of December, 2019.

ENTER:

_____
Vincent L. Briccetti
United States District Judge

Clerk instructed to close this case.